UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL A ANDERSON,

    Plaintiff,

v.   CASE NO. 5:18cv182-MCR/HTC

ASA JUAN SALDIVAR, JR, et al.,

    Defendants.
    _____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 30, 2019. ECF No. 20. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as malicious.

3. The clerk is directed to close the file for this case.

**DONE AND ORDERED** this 28th day of May 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**